# Order

Michigan Supreme Court
Lansing, Michigan

June 18, 2021

162874 & (99)(100)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHIKISHA MONET TIDMORE,
      Defendant-Appellant.

SC: 162874
COA: 348771
Kalamazoo CC: 2018-001392-FH

_____/

On order of the Court, the application for leave to appeal the January 14, 2021 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand and motion for appeal bond are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2021



Clerk

b0615